JOHN LEVY et al., Respondents, *v.* THE GREAT WESTERN
RAILROAD COMPANY, Appellant.

(Argued September 28, 1871; decided January term, 1872.)

ACTION to recover damages for injuries sustained by Louisa
Levy, in crossing defendant's tracks.   *Held,* that she was
chargeable with contributory negligence, according to the
rule laid down in *Gorton* v. *The Erie Railway Company* (43
N. Y., 660).

*John H. Reynolds* for the appellant.

*Amasa J. Parker* for the respondents.

LEONARD and EARL, CC., read for reversal.
All concur.
Judgment reversed and new trial granted, costs to abide
event.